UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLEY L. DOOLEY, JR.,<br><br>   Plaintiff,<br><br>  vs.<br><br>CHARLIE OLIVAS, RIVERSIDE POLICE,<br><br>   Defendant. | Case No. EDCV 11-2004-RGK (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

1

IT THEREFORE IS ORDERED that defendant's motion for summary judgment as to plaintiff's excessive force claim is denied; that defendant's motion for summary judgment as to plaintiff's remaining claims is granted; and that plaintiff's motion for summary judgment is denied.

DATED: August 8, 2014

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE