JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLEY L. DOOLEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> CHARLIE OLIVAS, RIVERSIDE POLICE OFFICER, <br><br> Defendants. | Case No.  5:11-cv-02004-RGK-DTB <br><br> **ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION** <br><br> [~~PROPOSED~~] |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Joint Stipulation to dismiss the above-entitled action, including defendant, CHARLIE OLIVAS, with prejudice, each party to bear his or her own costs and fees, is hereby granted, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

Dated: May 1, 2015

*Gary Klausner*

Honorable R. Gary Klausner
United States District Court Judge